FILED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

FEB 0 6 2024

MITCHELL R. ELFERS
CLERK

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

_____ Division

| | |
|---|---|
| Heather-Mae: Thomas, Beneficiary | ) Case No.  CV23-00019 DHU-SCY |
| | ) M-43-VM-2023-00055 |
| _____ | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) *CV 24-123 KK* |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| Alexandra C. Naranjo, Danielle Valdez, Mary | ) |
| Carmack-Altwies, Officer Trujillo, Officer Chama, Officer | ) |
| Lujan, Officer Archuleta, among others will be named | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.  Do not include addresses here.)* | ) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Heather-Mae: Thomas |
| All other names by which you have been known: | |
| ID Number | |
| Current Institution | |
| Address | C/O Post Office Box 928 Alcalde, New Mexico [87511] |
| | *City*          *State*          *Zip Code* |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Alexandra C Naranjo |
| Job or Title *(if known)* | Judge |
| Shield Number | |
| Employer | |
| Address | |
| | *City*          *State*          *Zip Code* |

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Danielle Valdez |
| Job or Title *(if known)* | Clerk |
| Shield Number | |
| Employer | |
| Address | |
| | *City*          *State*          *Zip Code* |

☐ Individual capacity     ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                    Mary Carmack- Altwies
    Job or Title *(if known)*   District Attorney
    Shield Number
    Employer
    Address

|  | City | State | Zip Code |
|--|------|-------|----------|

☐ Individual capacity   ☑ Official capacity

Defendant No. 4
    Name                    Officer Trujillo, Chama, Lujan, Archuleta
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  | City | State | Zip Code |
|--|------|-------|----------|

☐ Individual capacity   ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

my right to due process. my right to travel.
I was assaulted, kidnapped and falsely imprisoned
"Bill of Rights"

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

My "Bill of Rights" { my right to due process   18 USCA 241 &
my right to travel   242
and
Title 42, Title 18 USCA.,
Title 28 U.S.C.A & additional NM constitution penal codes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*Unnecessary Restraint, Attempted Coercion*
*Unfounded Accusations, Unlawful Detention*
*Destruction, Deprivation, Defacing*

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*18 USC. 242 , 18 USC 245 , 42 USC 1983*

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☑   Other *(explain)*   *ASSAULTED, DETAINED, DEPRIVED OF ALL RIGHTS*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Illegal warrant. failed to clear.*
*impede my travel. assault. kidnap.*

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Southbound travel , also from home*
*12-29-23 , Approximately 8-7-23 & not sure of dates*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

not of { 12.29.23 @ 6:30 pm
sure of { 8.17.23 @ 8:45 pm
date of
time

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ASSAULT. KIDNAP. DETENTION. Property damage to automobile window to detain me.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

wrists cut from handcuffs. bruising

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Billing violations will be calculated with timestamps.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No
☑ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No
☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.      If you did file a grievance:

1.  Where did you file the grievance?

2.  What did you claim in your grievance?

3.  What was the result, if any?

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*transportation, internet, time issues*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*yes. notice to Clerk & Court officials recieved Dec 5 Certified mail*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Page 8 of 11

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

no but I have filed a tort claim on the court and Sheriff

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   Feb 6, 2024

Signature of Plaintiff   :Heather-Mae:Thomas, Beneficiary
Printed Name of Plaintiff   :Heather-Mae: Thomas, Beneficiary
Prison Identification #
Prison Address

_____   _____   _____
City                                State        Zip Code

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

_____   _____   _____
City                                State        Zip Code

Telephone Number
E-mail Address

Form **COL**

## Violation Warning
## Denial of Rights Under Color of Law

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| HEATHER THOMAS<br>C/O P O BOX 928<br>Alcalde, New Mexico<br>[87511]   (505) | STATE OF NEW MEXICO<br>RIO ARRIBA COUNTY MAGISTRATE COURT IN ESPANOLA<br>Alexandra C. Naranjo, Danielle Valdez,<br>RASO, Andres Sanchez, Mary Carmack-Altwies<br>1122 Santa Clara Peak RD Espanola, NM 87532 |

Citizen's statement: YOU M 42 VM 2023 00055 VIOLATED MY RIGHTS UNDER THE COLOR OF LAW

VIOLATION OF MY RIGHT TO DUE PROCESS

YOU HAVE DECLARED WAR WITH YOUR WARRANT

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**   *All Rights Reserved*

▶ *UCC 1-308 Heather-Mae: Thomas, living* Date ▶ 12/05/2023

### Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**

I _____ Cynthia-Jean Bune _____ certify that I personally delivered this notice to above named recipient and address on _____ at _____

AO 10A (Rev. 3/2023)

# FORM AO 10A

## REQUEST FOR FINANCIAL DISCLOSURE REPORT

Access to federal judges' electronic financial disclosure reports covering calendar year 2020 or earlier, all financial disclosure reports of federal judicial employees, and paper copies of all judge and judicial employee financial disclosure reports require the completion of this form.

Check box if a paper copy is requested instead of an electronic copy ☐ *(See instructions)*.

| | NAME | POSITION | YEAR(S) REQUESTED |
|---|---|---|---|
| **NAMES OF INDIVIDUALS WHOSE REPORTS ARE REQUESTED** | Alexandra C. Naranjo | Judge | last 5 |
| | Danielle Valdez | Clerk | last 5 |
| | Mary Carmack- Altwies | District Attorney | last 5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | NAME | ADDRESS |
|---|---|---|
| **ORGANIZATIONS OR PERSONS ON WHOSE BEHALF THIS REQUEST IS MADE** | HEATHER MAE THOMAS HEATHER THOMAS | C/O P O Box 928 Alcalde, New Mexico [87511] |

| | |
|---|---|
| **PROHIBITIONS** | It is it unlawful to obtain or use this or these reports for the following: any unlawful purpose; any commercial purpose other than by news and communication media for dissemination to the general public; determining or establishing of the credit rating of any individual; or use, directly or indirectly, in the solicitation of money for any political, charitable, or other purpose. (5 U.S.C. § 13107).

Whoever, in any manner within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact; (2) makes any materially false fictitious, or fraudulent statement or representation; or (3) makes or uses any false writing or document, knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, shall be  fined not more than $10,000 or imprisoned not more than five years, or both. (18 U.S.C. § 1001).

By signing below, I certify I am aware of the prohibitions stated above and attest this request is a matter of public record. |

| | | |
|---|---|---|
| **PERSON MAKING REQUEST** | Full Name: Heather- Mae: Thomas | Occupation: living woman |
| | Phone Number Including Area Code: 505-204-9444 | Email Address: aspiretodreamnow@gmail.com |
| | Mailing Address Include Zip Code: | |
| | I certify under penalty of perjury that the foregoing is true and correct.  (28 U.S.C. § 1746). | |
| | *Heather- Mae: Thomas* | |
| | Signature | Date |

# Office of the Minnesota Secretary of State
### Certificate of Assumed Name
*Minnesota Statutes, Chapter 333*



The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable customers to be able to identify the  true owner of a business.

ASSUMED NAME:                    **HEATHER MAE THOMAS**

PRINCIPAL PLACE  OF BUSINESS:    **c/o county road 41 19 private road 1027  Alcalde New Mexico [87511] United States of America**

NAMEHOLDER(S):

|  |  |
|---|---|
| Name: | Address: |
| **Thomas,  Heather Mae** | **c/o county road 41 19 private road 1027  Alcalde New Mexico [87511] United States of America** |

If you submit an attachment, it will be incorporated into this document. If the attachment conflicts with the information specifically set forth in this document, this document supersedes the data referenced in the attachment.

*By typing my name, I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities.  I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes.  I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.*

SIGNED BY:  **By: Heather-Mae: Thomas, BENE**

MAILING ADDRESS:              **c/o p o box 928  Alcalde New Mexico [87511]**

EMAIL FOR OFFICIAL NOTICES:   **aspiretodreamnow@gmail.com**

CRETARY OF STATE
WORK ITEM
1366721100020
ORIGINAL FILE
NUMBER
1366721100020
CERTIFICATE OF
ASSUMED NAME
**MINNESOTA
STATUTES,
CHAPTER 333**

e filing of an assumed
ne does not provide a
r with exclusive rights
hat name. The filing is
uired for consumer
tection in order to en-
e customers to be able
dentify the true owner
business.

SUMED   NAME:
ATHER    MAE
OMAS

NCIPAL PLACE OF
SINESS:  C/O
UNTY ROAD 41 19
IVATE ROAD 1027
CALDE NEW MEX-
) [87511] UNITED
TES OF AMERICA.

MEHOLDER(S):
ne: Thomas, Heath-
Mae

dress: c/o county
d 41 19 private road
7 Alcalde New Mex-
[87511] United
tes of America

ou submit an attach-
t, it will be incorpor-
into this document. If
attachment conflicts
the information spe-
ally set forth in this
ument, this document
ersedes the data ref-
nced in the attach-
t.

yping my name, I, the
ersigned, certify that I
signing this document
he person whose sig-
ire would be required
has authorized me to
this document on
er behalf, or in both
acities. I further certi-
at I have completed
equired fields, and
the information in this
ument is true and cor-
and in compliance
the applicable
pter of Minnesota
utes. I understand
by signing this docu-
t I am subject to the
alties of perjury as et
in Section 609.48 as
ad signed this docu-
t under oath.

NED BY: BY: Heath-
Mae : Thomas, BENE
LING ADDRESS: c/o
box 928 Alcalde
Mexico [87511]
IL FOR OFFICIAL
TICES: aspire-
eamnow@gmail.co

lished On: January
& 26th, 2023)



**Work Item 1366721100020**
**Original File Number 1366721100020**

STATE OF MINNESOTA
OFFICE OF THE SECRETARY OF STATE
FILED
**01/12/2023 11:59 PM**

Steve Simon
Secretary of State

# COMMON LAW COPYRIGHT NOTICE

copyright © 2023 **HEATHER MAE THOMAS TRUST.**

**Notice Provided Under Certified Mail No.** 7020 0090 0001 2562 7751 7020 0090 0001 2562 7782
7020 0090 0001 2562 7775 7022 1670 0002 0917 8334
7020 0090 0001 2562 7768

**Lawful/Legal Notice provided to:**
MAGGIE TOULOUSE OLIVER
SECRETARY OF STATE
STATE OF NEW MEXICO

**This is formal legal/lawful notice that you are in breach of Copyright. This information is pertinent so please read it carefully and/or have your legal team review it as failure to understand or act is not a remedy or defense.**

<u>**Copyright Notice: All rights reserved.**</u>
Copyright of trade-name/trademark HEATHER MAE THOMAS© TRUST including any and all derivatives and variations in the spelling, i.e. <u>NOT</u> limited to all capitalized names: HEATHER MAE THOMAS TRUST ©, THOMAS©, HMT©, HEATHER THOMAS©, THOMAS HEATHER MAE©, HM THOMAS© or any derivatives thereof are under Copyright 2023. Said common-law trade-name/trademark, HEATHER MAE THOMAS© TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of Trustee/Trust in writing.
**With the Intent of being Contractually Bound,** any Juristic Person, as well as the agent thereof, by notice of this copyright is noticed that neither said Juristic Person nor agent thereof is authorized to display, nor otherwise use in any manner, the common-law trade-name/trademark nor the copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgment of Trustee/TRUST, as signified in writing with signed consent. Trustee/Trust neither grants, nor implies, nor otherwise gives consent for any unauthorized use of HEATHER MAE THOMAS©, and **all such unauthorized use is strictly prohibited.**
**By receipt of this notice you are hereby made aware of this copyright if otherwise ignorant of the fact that said copyright is a matter of public record.** <u>This is notification that you are in BREACH.</u> **You herein have two options for remedy of this breach of copyright:**

1) You consent to the removal of information and discontinuation of use of all information held in copyright that contains copyrighted materials from all databases publications, chronicles, manifestos, newspapers, and/or records of any type and issues a written apology.; or

2) If the first option of this section is neither effected or arrangements to affect cure of breach as described is not engaged within 10 days of return receipt of this Notice then the clause by default will be enacted and you consent to the following Self-executing Contract/Security Agreement in Event of Unauthorized Use as well as Payment Terms as described:

   a) **Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Notice, both the Juristic Person and the agent thereof, hereinafter ,jointly and severally "User", consent and agree that any use of trade-name/trademark copyright other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of property, contractually binds User and renders this Notice a Security Agreement wherein User is TRUST and HEATHER MAE THOMAS TRUST© is Secured Party, and signifies that User:

   b) In accordance with the fees for unauthorized use of Trade-Name/Trademark/Copyright, as set forth herein, consents to be invoiced for outstanding balance and agrees that User shall pay TRUST all unauthorized use fees in full within thirty (30) days of the date User is sent "Invoice", itemizing said fees.

   c) Grants Trustee/TRUST the right to invoice three times at thirty day intervals at which time User consents outstanding balance will be filed as a lien/levy via a UCC Financing Statement in the UCC filing office and/or in any county recorder's office, wherein User is TRUST and TRUST is Secured Party and that Secured Party may file such lien/levy against property as a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name/trademark, plus costs, plus triple damages;

   d) Consent and agrees that said UCC Financing Statement described in "c" is a continuing financing statement, and further consents and agrees with TRUSTS filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in this Security Agreement and described herein until User's contractual obligation theretofore incurred has been fully satisfied;

   e) Waives all defenses; Consents and agrees that any and all such filings described herein going without remedy are not, and may not be considered, bogus/frivolous and that User will not claim such a defense in regard.

# COMMON LAW COPYRIGHT NOTICE

### copyright © 2023 HEATHER MAE THOMAS TRUST.

f)    Appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Obligation as set forth herein granting TRUST/Trustee full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said ninety (90) day period for curing default as set forth in authorizes without recourse Trustee/Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said period.

Heather-Mae: Thomas, Autograph Common Law Copyright 2023. Unauthorized use of "Heather-Mae: Thomas" incurs same unauthorized-use fees as those associated with HEATHER MAE THOMAS© TRUST, as set forth in the first paragraph of the first page.

Please feel free to contact us at any of the following if you would like to discuss terms of curing the breach of copyright.

Phone: _505.204.9444_

E-Mail: aspiretodreamnow@gmail.com
Or the address provided on the envelope.

Heather-Mae: Thomas TTEE

_Heather-Mae: Thomas_
Without Prejudice/Without Recourse
On behalf of HEATHER MAE THOMAS TRUST.
Copyright 2023. All Rights Reserved.

**JURAT**

County of _Rio Arriba_  }
                } Scilicet
_New Mexico_ State }

SUBSCRIBED AND SWORN TO before me this _26th_ day of _May_   A.D. 2023

_____ as   Heather-Mae: Thomas, TRUSTEE     of HEATHER MAE THOMAS TRUST.

Notary Public Signature         Seal

My Commission Expires _1-4-2024_

STATE OF NEW MEXICO
NOTARY PUBLIC
ERIC CORTEZ
COMMISSION # 1113951
COMMISSION EXPIRES 01/04/2024

# CERTIFICATE OF AUTHENTICATION

### 00201080

## Issued by Secretary of State of New Mexico

## Maggie Toulouse Oliver

It is hereby certified that

The Document Notarized by a New Mexico Notarial Officer

Signed by Eric Cortez in the capacity of NOTARY PUBLIC, State of New Mexico

Bearing the official seal of the said office, is authenticated.



Certified at Santa Fe, New Mexico on August 31, 2023 by the Secretary of State, State of New Mexico

*Maggie Toulouse Oliver*

**SECRETARY OF STATE**

# HOLD HARMLESS AND
# INDEMNITY AGREEMENT

### Non-Negotiable - Private Between the Parties:

DEBTOR: HEATHER MAE THOMAS TRUST©
c/o P O BOX 928
County Road 41 House 19 Private Drive 1027
Alcalde, New Mexico [87511] united states of America

TRUSTEE/SECURED PARTY: Heather-Mae: Thomas
c/o P O BOX 928
County Road 41 House 19 Private Drive 1027
Alcalde, New Mexico [87511] united states of America

**TRUSTS Identifying Numbers:** 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 or 1974005279/3855565 and any hereinafter named in trust minutes. This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into this Day Dated below between the juristic person: "HEATHER MAE THOMAS TRUST©" and any and all derivatives and variations in the spelling of said name hereinafter jointly and severally **"TRUST"**, except, Heather-Mae: Thomas, the living, breathing, flesh-and-blood woman, known by the distinctive appellation Heather-Mae: Thomas hereinafter "Trustee".

For valuable consideration **TRUST** hereby expressively agrees and covenants, without benefit of discussion, and without division, that **TRUST** holds harmless and undertakes the indemnification of Trustees from and against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, **TRUST** for any reason, purpose, and cause whatsoever. **TRUST** does hereby and herewith expressly covenant and agree that Trustees shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for **TRUST**.

## Defined: Glossary of Terms

All of the STANDARD TERMS AND CONDITIONS as set forth in "ATTACHMENTS 'A' – DEFINITIONS" Document Item Number: 04071992-HMT-AA apply hereto, non obstante.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural. Trustee accepts **TRUST'S** signature in accord with UCC §§ 1-201(39), 3-401(b), 3-419.

_Heather Mae Thomas_
HEATHER MAE THOMAS TRUST©
Copyright 2023.

_Heather-Mae: Thomas_
Heather-Mae: Thomas, Trustee/Secured Party's
Signature, Authorized Representative. All Rights
Reserved, Without Prejudice/Without Recourse

**JURAT**

County of Rio Arriba )
) Scilicet
New Mexico State )

SUBSCRIBED AND SWORN TO before me this 31st day of August A.D. 2023 .

as _____ Heather-Mae: Thomas, TRUSTEE _____ of HEATHER MAE THOMAS TRUST.

Notary Public Signature _____
My Commission Expires 1-4-2024          Seal

STATE OF NEW MEXICO
NOTARY PUBLIC
ERIC CORTEZ
COMMISSION # 1113951
COMMISSION EXPIRES 01/04/2024

Hold Harmless Agreement          Page 1 of 1          Item# 04071992-HMT-HHIA

Notice of Appearance : Heather-Mae: Thomas USDOT :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

Beneficial Owner 1st Lien Holder of THOMAS, HEATHER MAE
Estate d/b/a  HEATHER MAE THOMAS©®™Alcalde, [New Mexico] state Republic
Near; [87511]

**FILED**
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO
JAN 1 7 2023
MITCHELL R. ELFERS
CLERK

IN THE MUNICIPAL COURT OF NEW MEXICO
SANTA FE NEW MEXICO
OR ESPANOLA, NEW MEXICO

| STATE OF NEW MEXICO | § | Case Number: 528179505 |
|---|---|---|
| | § | |
| v. | § | NOTICE OF REMOVAL |
| | § | |
| THOMAS, HEATHER MAE corp. sole | | |
| §    Dba. HEATHER MAE HEYDORN | | |

**CERTIFICATE OF SERVICE**

I, Heather-Mae: Thomas, living Man for THOMAS, HEATHER MAE, corp. sole dba.
HEATHER MAE THOMAS/HEATHER MAE HEYDORN, is to certify that I have this day
served the Solicitor General with this **Notice ofRemoval** by Hand by registered mail and
notarized notary presentment to ensure delivery to:

Let it be known by all immigration clerks and all Secretaries of State for now and forever that i
am not nor will i ever be  a U.S. Citizen and U.S. National.

You have three days to bring forth proof that i am.

**I declare under penalties of perjury under the laws of The United States of America that
the foregoing is true and correct.**

Dated this __5____ day of _____JANUARY_____, two thousand and _____2023 _ _ _ _ _ _ _

By. Heather-Mae:Thomas, Beneficiary
Free name

FILED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

JAN 17 2023

MITCHELL R. ELFERS
CLERK

Notice of Appearance : Heather-Mae: Thomas USDOT :528179505
Beneficial Owner 1st Lien Holder of THOMAS, HEATHER MAE Estate d/b/a
HEATHER MAE THOMAS©®™
IN THE MUNICIPAL COURT OF NEW MEXICO
SANTA FE, NEW MEXICO

| STATE OF NEW MEXICO | § | Case Number: _____ 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 ____ |
| | § | |
| v. | § | NOTICE OF REMOVAL FROM |
| THOMAS, HEATHER MAE corp. sole | § | COURT OF NEW MEXICO TO |
| Dba. HEATHER MAE HEYDORN | § | United States District Court |

## NOTICE OF REMOVAL

**TAKE NOTICE THAT** pursuant to; The *United States Constitution*, in *Article III, § 2*, gives the *Congress* the power to permit federal courts to hear diversity cases through legislation authorizing such jurisdiction

**AND TAKE FURTHER NOTICE THAT** the matter is to be heard in United States District Court of NEW MEXICO.

**AND TAKE FURTHER NOTICE THAT** an affidavit for Notice of Removal has been filed with this court and United States District Court of NEW MEXICO,

Month of ___5th___ day of January two thousand and Twenty-Three

[ UCC 1-103.6 UCC 1-308, UCC 1-301 UCC 1-107]

*Note: The reference of UCC codes/statutes does not confer jurisdiction or create adhesion or contract nor should it be assumed or presumed to create contract.*

State of NEW MEXICO

]ss.

County of Santa Fe)

I have hereunto set my hand and seal of office On this month of January Day of 6th .

two thousand and Twenty-Three Notary Public _____

Seal:

State of New Mexico
Notary Public
Zachariah Frayne Joe
Commission Number 1076112
Expiration Date 7/19/2026

Month of ___5th___ day of January two thousand and Twenty-Three

Heather Mae Thomas, registered Owner
Of THOMAS, HEATHER MAE corp. sole
Dba HEATHER MAE THOMAS
c/o P O Box 928 Alcalde, New Mexico [87511]

OFFICE OF THE SECRETARY OF STATE

# State of New Mexico

## CERTIFICATE OF ELECTION

I, Maggie Toulouse Oliver, Secretary of the State of New Mexico, hereby certify that

### Alexandra C Naranjo

was duly and lawfully elected or retained, to the office of

### Rio Arriba County Magistrate Judge, Division 2

at the General Election held in said State on November 8, 2022,
as declared and determined by the State Canvassing Board.

Given under my hand and the Great Seal of the State of New Mexico,
in Santa Fe, New Mexico, this 9th day of December, 2022.



Maggie Toulouse Oliver



## CERTIFICATE OF SERVICE

I hereby CERTIFY that a copy of Judge Alexandra Naranjo's Report of Extrajudicial Compensation for Calendar Year 2022 (File stamp dated May 19, 2023), Oath of Office (dated December 22, 2022), Certificate of Magistrate Qualification (dated December 9, 2022), Certificate of Election (dated December 9, 2022) and a copy of this certificate of service was served on this 19th day of January, 2024 on:

<u>Requesting Party:</u>

HEATHER THOMAS

<u>Mailing Address:</u>
<u>PO Box 928</u>
<u>Alcalde, New Mexico 87511</u>

[XX] mail   [  ] fax/electronic transmission   [  ] hand-delivery.



FILED IN
JAN 1 9 2024
MAGISTRATE COURT
RIO ARRIBA CO. I & II

Danielle Valdez, Clerk

FILED
FIRST JUDICIAL
DISTRICT COURT

2023 MAY 19 PM 3:09

D-101-MS-2023-00013

## REPORT OF EXTRAJUDICIAL COMPENSATION

## REQUIRED BY RULE 21-315 NMRA

## OF THE CODE OF JUDICIAL CONDUCT

## CALENDAR YEAR 2022

In compliance with Rule 21-315 NMRA of the Code of Judicial Conduct, I submit the following report of my extrajudicial compensation, reimbursement of expenses, and waiver of fees and charges, if any:

**X** **I DID NOT** receive extrajudicial compensation, reimbursement of expenses, or waiver of fees and charges as defined by Rule 21- 315 NMRA for the calendar year _____.

**I DID** receive extrajudicial compensation, reimbursement of expenses, or waiver of fees and charges as defined by Rule 21- 315 NMRA for the calendar year _____ as reflected on the itemized list attached to this report.

Alexandra Naranjo

**Printed Name**

Rio Arriba Magistrate Court

**Name of Court**

*Alexandra Naranjo*

**Signature**

1127 Santa Clara Peak Rd, Espanola, NM 87532

**Address**

---

[1] This form must be completed and filed by May 19, 2023. This form, and any attachment, is a public document that must be filed in the office of the clerk of the court in which you serve. When technically feasible, this report must be posted on your court's web site.

[2] Please see Paragraph B of Rule 21-315 NMRA for the information you must provide when reporting extrajudicial compensation, reimbursement of expenses, and waiver of fees and charges.

# Oath of Office

I, Alexandra Naranjo, do solemnly swear that I will support and defend the Constitution of the United States of America and the Constitution and Laws of the State of New Mexico. I swear that I will faithfully and impartially discharge the duties of Rio Arriba Magistrate Judge for which I have been elected, to the best of my ability, so help me God.

December 22, 2022

_Alexandra Naranjo_
Judge Alexandra Naranjo

_Bryan Biedscheid_
Judge Bryan Biedscheid

# Certificate of Magistrate Qualification

## ALEXANDRA C. NARANJO

Having been duly appointed and having filed with the Administrative Office of the Courts satisfactory evidence of personal qualification to serve as a Magistrate Judge as required by law, is hereby certified as the duly appointed and qualified Magistrate of the Rio Arriba County Magistrate Court, Division II, in Española, New Mexico, for the term of office commencing January 1, 2023.

Signed effective December 9, 2022, in Santa Fe, New Mexico.



Arthur W. Pepin, Director
Administrative Office of the Courts

Jason L. Black, Director
Court Operations Division

STATE OF NEW MEXICO
RIO ARRIBA COUNTY MAGISTRATE COURT IN ESPANOLA

> **FILED IN**
> **RIO ARRIBA COUNTY**
> January 23, 2024
> **MAGISTRATE COURT**
> **IN ESPANOLA**

**State of New Mexico**
v
**Heather Thomas, Defendant**

No. M-43-VM-2023-00055

## CRIMINAL SUMMONS
## TELEPHONIC HEARING

TO:     Heather Thomas, Defendant
         PO Box 928
         Alcalde, NM  87511

You are notified that a Complaint, a copy of which is attached hereto, has been filed in this court charging that you committed the offense(s) of **Assault With Intent To Commit A Violent Felony; Aggravated Battery (misdemeanor) (household Member)**
YOU ARE ORDERED to appear **TELEPHONICALLY on Monday, February 12, 2024, at 9:00 AM Mountain Time,** at: Due to COVID-19 Pandemic, all hearings are being conducted through Google Meet.

You do not have to come to the court; you may participate through video by accessing the following link online: meet.google.com/qex-uhft-snp. If you cannot participate by video you may participate by calling 1-435-990-5280 PIN: 566754667#. Please call 5 minutes before your scheduled hearing and be certain your device is set on mute until the court requests your entry of appearance on the case.  Please be advised that this pin and link are only for the above referenced Judge.

State of New Mexico, to plead to the above charge(s).

If you fail to appear at the time and place specified, a warrant will be issued for your arrest.

Roberta Morfin, Clerk

, Citation Officer Agency, Officer Name
By:
Prosecuting Attorney
NM District Attorney -1st Santa Fe
Law Enforcement Officer

Address

### CERTIFICATE OF MAILING

I certify that I mailed a copy of the Summons and a copy of the Complaint in the above-styled cause to the defendant at the above address on Tuesday, January 23, 2024.

Roberta Morfin, Clerk

Distribution     1 copy - Court     1 copy - Service     1 copy - Return of Service   [Approved, April 24, 1989; as amended, effective January 1, 1990.]   Criminal Form 9-208
**Court Information:**
Rio Arriba County Magistrate Court in Espanola       1127 Santa Clara Peak RD
Espanola NM  87532  phone 505-984-3955  (fax) 505-753-4802  web site: www.nmcourts.gov